FILED

11/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0466

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA-20-0466

| | |
|---|---|
| BYNUM LIVESTOCK, LLC, <br><br> Plaintiff/Appellant <br><br> v. <br><br> DANIEL AND JAYLYN PARRENT, <br><br> Defendants/Appellees. | **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Plaintiff/Appellant's Unopposed Motion to Dismiss Appeal:

**IT IS SO ORDERED** that this cause is hereby dismissed with prejudice, with each party to bear their own costs and attorney fees.

DATED this _____ day of _____, 2020.

C: Rachel Taylor, Grant Kelly
Joe McKay

00391238.DOCX.1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 20 2020